# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, Donald E. | U.S. Dist Ct; Western Dist LA | 10/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Senior | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2012 to 12/31/2012 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | E | Rent | N | Q | | | | | |
| 2. Jefferson Davis Bank & Trust Account | A | Interest | K | T | | | | | |
| 3. See attached description | A | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | F | Dividend | N | T | | | | | |
| 5. See attached description | B | Rent | K | Q | | | | | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Jefferson Davis Bank & Trust Common Stock | F | Dividend | P1 | T | | | | | |
| 8. See attached description | | None | J | V | | | | | |
| 9. See attached description | C | Royalty | J | V | | | | | |
| 10. Coastal Club Common Stock | | None | L | T | | | | | |
| 11. Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | L | T | | | | | |
| 12. Bancorp South Account | A | Interest | J | T | | | | | |
| 13. Verizon CommuniCo Common Stock-Morgan Stanley #1 | A | Dividend | J | T | | | | | |
| 14. GE Common Stock-Charles Schwab | A | Dividend | | | Sold | 10/10/12 | J | B | |
| 15. Charles Schwab & Co., Inc.-money market | | None | J | T | | | | | |
| 16. See Attached Description | A | Royalty | J | V | | | | | |
| 17. See Attached Description | F | Royalty | M | V | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The New Century, LLC | A | Distribution | J | V | | | | | |
| 19. Interest in Niblett Irrigation Inc | | None | J | V | | | | | |
| 20. R.S. Note | | None | J | V | | | | | |
| 21. Jefferson Davis Bank Account | | None | N | T | | | | | |
| 22. Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 23. Morgan Stanley #2-Bank | A | Interest | J | T | | | | | |
| 24. Morgan Stanley #2- Altria Group Inc. | A | Dividend | | | Sold | 01/12/12 | J | B | |
| 25. Morgan Stanley #2- American Elec Power co | | None | | | Sold | 01/12/12 | J | A | |
| 26. Morgan Stanley #2-AT&T | A | Dividend | J | T | Buy (add'l) | 02/16/12 | J | | |
| 27. | | | | | Sold (part) | 07/13/12 | J | A | |
| 28. Morgan Stanley #2-Chevron Corp | A | Dividend | | | Buy (add'l) | 02/16/12 | J | | |
| 29. | | | | | Sold | 04/24/12 | J | B | |
| 30. Alcoa- Charles Schwab | A | Dividend | J | T | Buy (add'l) | 05/24/12 | J | | |
| 31. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 32. | | | | | Sold (part) | 10/31/12 | J | A | |
| 33. Morgan Stanley #2-Home Depot Inc. | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 34. | | | | | Sold | 04/20/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley #2-Intel Corp | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 36. | | | | | Sold | 07/13/12 | J | A | |
| 37. Morgan Stanley #2-Kimberly Clark Corp | A | Dividend | | | Sold | 01/25/12 | J | A | |
| 38. Morgan Stanley #2- Pfizer Inc. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 39. | | | | | Sold (part) | 07/13/12 | J | A | |
| 40. Morgan Stanley #2- Schlumberger | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 41. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 42. Morgan Stanley #3-MFS Muni Ltd Maturity | A | Int./Div. | J | T | | | | | |
| 43. Morgan Stanley #3-Nuveen Ltd Trm Muni | A | Dividend | J | T | | | | | |
| 44. Morgan Stanley #3- Pimco Total Return A | A | Dividend | J | T | Buy (add'l) | 03/13/12 | J | | |
| 45. | | | | | Buy (add'l) | 08/23/12 | J | | |
| 46. Morgan Stanley #3- Templeton Global Bd | A | Dividend | J | T | Buy (add'l) | 10/05/12 | J | | |
| 47. | | | | | Sold (part) | 10/05/12 | J | A | |
| 48. Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Buy (add'l) | 08/23/12 | J | | |
| 49. Morgan Stanley #3- Wells Fargo Sht Trm Muni | A | Dividend | J | T | | | | | |
| 50. Morgan Stanley #3-bank | A | Interest | J | T | | | | | |
| 51. Morgan Stanley #1-Apple Inc. | A | Dividend | K | T | Buy (add'l) | 06/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley #1-Google Inc. | | None | K | T | | | | | |
| 53. Morgan Stanley #2-Bristol Myers Squibb Co | A | Dividend | J | T | Buy (add'l) | 02/16/12 | J | | |
| 54. | | | | | Sold (part) | 07/13/12 | J | A | |
| 55. Morgan Stanley #2-British Amer Tob Spon | A | Dividend | J | T | Sold (part) | 07/13/12 | J | A | |
| 56. Morgan Stanley #2-CenturyLink Inc | A | Dividend | J | T | Sold (part) | 07/13/12 | J | A | |
| 57. Morgan Stanley #2-Dow Chemical Co | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 58. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 59. Morgan Stanley #2-Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 60. Morgan Stanley #2-H J Heinz Co | A | Dividend | | | Buy (add'l) | 02/16/12 | J | | |
| 61. | | | | | Sold | 04/20/12 | J | A | |
| 62. Morgan Stanley #2-Honeywell International inc | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 63. | | | | | Sold | 04/20/12 | J | A | |
| 64. Morgan Stanley #2-Norfolk Southern Corp | A | Dividend | | | Buy (add'l) | 02/16/12 | J | | |
| 65. | | | | | Sold (part) | 07/13/12 | J | A | |
| 66. | | | | | Sold | 11/08/12 | J | A | |
| 67. Morgan Stanley #2-Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 02/16/12 | J | | |
| 68. | | | | | Sold (part) | 07/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley #2-PPL Corp | A | Dividend | | | Sold | 01/12/12 | J | A | |
| 70. Morgan Stanley #2-Seadrill | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 71. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 72. Morgan Stanley #2-Transcanada Corp | A | Dividend | | | Buy (add'l) | 02/16/12 | J | | |
| 73. | | | | | Sold | 07/13/12 | J | A | |
| 74. Morgan Stanley #2-Travelers Companies | A | Dividend | | | Sold (part) | 01/25/12 | J | A | |
| 75. | | | | | Sold | 04/20/12 | J | A | |
| 76. Morgan Stanley #3-Altria Group, Inc | A | Dividend | | | Sold | 01/12/12 | J | A | |
| 77. Morgan Stanley #3-American Electric Power Co | | None | | | Sold | 01/12/12 | J | A | |
| 78. Morgan Stanley #3-AT&T | A | Dividend | J | T | Sold (part) | 07/13/12 | J | A | |
| 79. Morgan Stanley #3-Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 80. Morgan Stanley #3-British Amer Tob Spon | A | Dividend | J | T | | | | | |
| 81. Morgan Stanley #3-CenturyLink | A | Dividend | J | T | | | | | |
| 82. Morgan Stanley #3-Chevron Corp | A | Dividend | | | Sold | 04/24/12 | J | A | |
| 83. Morgan Stanley #3-Dow Chemical | A | Dividend | J | T | | | | | |
| 84. Morgan Stanley #3-Exxon Mobil | A | Dividend | J | T | | | | | |
| 85. Morgan Stanley #3-H J Heinz | A | Dividend | | | Sold | 04/20/12 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley #3-Home Depot | A | Dividend | | | Sold | 04/20/12 | J | A | |
| 87. Morgan Stanley #3-Honeywell | A | Dividend | | | Sold | 04/20/12 | J | A | |
| 88. Morgan Stanley #3-Intel Corp | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 89. Morgan Stanley #3-Kimberly Clark Corp | A | Dividend | | | Sold | 01/25/12 | J | A | |
| 90. Morgan Stanley #3-Norfolk Southern Corp | A | Dividend | | | Buy (add'l) | 07/13/12 | J | | |
| 91. | | | | | Sold | 11/08/12 | J | A | |
| 92. Morgan Stanley #3-Northern Trust Corp | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 93. Morgan Stanley #3-Pepsico | A | Dividend | J | T | | | | | |
| 94. Morgan Stanley #3-Pfizer Inc | A | Dividend | J | T | Sold (part) | 07/13/12 | J | A | |
| 95. Morgan Stanley #3-PPL Corporation | A | Dividend | | | Sold | 01/12/12 | J | A | |
| 96. Morgan Stanley #3-Schlumberger Ltd | A | Dividend | J | T | Buy (add'l) | 07/13/12 | J | | |
| 97. Morgan Stanley #3-Seadrill | A | Dividend | J | T | Buy (add'l) | 07/13/12 | J | | |
| 98. Morgan Stanley #3-Transcanada | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 99. Morgan Stanley #3-Transocean Ltd | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 100. Morgan Stanley #3-Travelers Companies | A | Dividend | | | Sold | 04/20/12 | J | A | |
| 101. Morgan Stanley #3-Virtus Insight Emerg Mkts | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 102. Morgan Stanley #4-Morgan Stanley Bank | A | Int./Div. | | | Distributed | 12/13/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley #4-Apple | A | Dividend | | | Sold | 11/19/12 | J | A | |
| 104. Morgan Stanley #4-Coca Cola | | None | | | Sold | 11/19/12 | J | A | |
| 105. Morgan Stanley #4-Google | | None | | | Sold | 11/19/12 | J | A | |
| 106. Morgan Stanley #4-McDonalds | A | Dividend | | | Sold | 11/19/12 | J | A | |
| 107. Morgan Stanley #4-Research in Motion | | None | | | Sold | 11/19/12 | J | A | |
| 108. Morgan Stanley 529 Plan-Hartford 529 Age-BAS PTF 08-A | | None | | | Closed | 09/30/12 | J | | |
| 109. Morgan Stanley #1-Facebook | | None | K | T | Buy | 05/18/12 | K | | |
| 110. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 111. Morgan Stanley #2- 3M Company | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 112. Morgan Stanley #2- American Capital Agency | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 113. | | None | | | Sold (part) | 07/13/12 | J | A | |
| 114. Morgan Stanley #2- Blackstone Group LP | | None | J | T | Buy | 04/20/12 | J | | |
| 115. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 116. Morgan Stanley #2- Dr Pepper Snapple Group | | None | J | T | Buy | 11/29/12 | J | | |
| 117. Morgan Stanley #2-Emerson Electric | A | Dividend | J | T | Buy | 04/26/12 | J | | |
| 118. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 119. Morgan Stanley #2- Honeywell International Inc | | None | J | T | Buy | 07/13/12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley #2- JP Morgan Chase | | None | J | T | Buy | 11/29/12 | J | | |
| 121. Morgan Stanley #2- Markwest Engy Ptnrs | A | Int./Div. | J | T | Buy | 11/29/12 | J | | |
| 122. Morgan Stanley #2-Marsh & McLennan | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 123. Morgan Stanley #2- Targa Res Ptnrs | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 124. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 125. Morgan Stanley #2- United Technologies Corp | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 126. Morgan Stanley #2- VF Corporation | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 127. Morgan Stanley #2- Verizon Communications | | None | J | T | Buy | 11/29/12 | J | | |
| 128. Morgan Stanley #2- Vodafone | | None | J | T | Buy | 07/13/12 | J | | |
| 129. Morgan Stanley #2- Genl Dynamics Corp | A | Dividend | | | Buy | 04/20/12 | J | | |
| 130. | | | | | Sold (part) | 07/13/12 | J | A | |
| 131. | | | | | Sold | 11/29/12 | J | A | |
| 132. Morgan Stanley #2-Microsoft | A | Dividend | | | Buy | 04/20/12 | J | | |
| 133. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 134. | | | | | Sold | 11/29/12 | J | A | |
| 135. Morgan Stanley #2-Northern Trust Company | A | Dividend | | | Buy | 02/16/12 | J | | |
| 136. | | | | | Sold | 07/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley #2- NYSE Euronext | A | Dividend | | | Buy | 01/25/12 | J | | |
| 138. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 139. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 140. | | | | | Sold | 11/29/12 | J | A | |
| 141. Morgan Stanley #2-Transocean | A | Dividend | | | Buy | 02/16/12 | J | | |
| 142. | | | | | Sold | 07/13/12 | J | A | |
| 143. Morgan Stanley #2- Atlas Pipeline | A | Distribution | | | Buy | 01/25/12 | J | | |
| 144. | | | | | Buy (add'l) | 02/16/12 | J | | |
| 145. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 146. | | | | | Sold | 11/29/12 | J | A | |
| 147. Morgan Stanley #2-Cheniere Energy | A | Distribution | | | Buy | 04/24/12 | J | | |
| 148. | | | | | Sold | 07/13/12 | J | A | |
| 149. Morgan Stanley #3- 3M Company | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 150. Morgan Stanley #3- American Capital Agency | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 151. | | | | | Sold (part) | 07/13/12 | J | A | |
| 152. Morgan Stanley #3- Blackstone Group | | None | J | T | Buy | 04/20/12 | J | | |
| 153. | | | | | Buy (add'l) | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   Morgan Stanley #3- Dr. Pepper Snapple | | None | J | T | Buy | 11/29/12 | J | | |
| 155.   Morgan Stanley #3- Emerson Electric | A | Dividend | J | T | Buy | 04/26/12 | J | | |
| 156. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 157.   Morgan Stanley #3-Honeywell Int'l | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 158.   Morgan Stanley #3-JP Morgan Chase | | None | J | T | Buy | 11/29/12 | J | | |
| 159.   Morgan Stanley #3- Markwest Energy | | None | J | T | Buy | 11/29/12 | J | | |
| 160.   Morgan Stanley #3-Marsh & McLennan | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 161.   Morgan Stanley #3-Targa Resources | | None | J | T | Buy | 01/25/12 | J | | |
| 162. | | | | | Sold (part) | 07/13/12 | J | A | |
| 163.   Morgan Stanley #3-United Technologies | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 164.   Morgan Stanley #3-V F Corp | A | Dividend | J | T | Buy | 07/13/12 | J | | |
| 165.   Morgan Stanley #3- Verizon Communications | | None | J | T | Buy | 11/29/12 | J | | |
| 166.   Morgan Stanley #3-Vodafone GP | | None | J | T | Buy | 07/13/12 | J | | |
| 167.   Morgan Stanley #3- Templeton Glb | | None | J | T | Buy | 10/05/12 | J | | |
| 168.   Morgan Stanley #3-Genl Dynamics Corp | A | Dividend | | | Buy | 04/20/12 | J | | |
| 169. | | | | | Sold | 11/29/12 | J | A | |
| 170.   Morgan Stanley #3- Microsoft | A | Dividend | | | Buy | 04/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 172. | | | | | Sold | 11/29/12 | J | A | |
| 173. Morgan Stanley #3-NYSE Euronext | A | Dividend | | | Buy | 01/25/12 | J | | |
| 174. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 175. | | | | | Sold | 11/29/12 | J | A | |
| 176. Morgan Stanley #3- Atlas Pipeline | | None | | | Buy | 01/25/12 | J | | |
| 177. | | | | | Sold (part) | 07/13/12 | J | A | |
| 178. | | | | | Sold | 11/29/12 | J | A | |
| 179. Morgan Stanley #3-Cheniere Energy | | None | | | Buy | 04/24/12 | J | | |
| 180. | | | | | Sold | 07/13/12 | J | A | |
| 181. Mineral Interest located in Westmoreland County, Pennsylvania | C | Rent | J | W | Open | | | | |
| 182. Charles Schwab-Rio Tinto Plc Spon | A | Dividend | J | T | Buy | 02/07/12 | J | | |
| 183. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 184. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 185. Charles Schwab-Bancorp South | | None | J | T | Buy | 10/18/12 | J | | |
| 186. Charles Schwab-Smith & Wesson | | None | J | T | Buy | 10/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 10/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#8, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy. Valuation based on 3 times the current year income.

#9, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#16, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#17, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum. Valuation based on 3 times the current year income.

#18, Value used in sucession      DOD 7/9/2007.

#19, Value used in sucession      DOD 7/9/2007.

#20, Value used in sucession      DOD 7/9/2007.

#181, This Pennsylvania mineral interest was inherited and ownership was just determined during 2012. This asset was unknown in prior years. No production has been received, only this one time lease bonus payment. The value is unknown.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544